IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ORLANDO HARRIS AND BLONDSHA
HARRIS,

      Appellants,

 v.

                        Case No.  5D22-130
                        LT Case No. 2020-CA-051224

BOB STEELE CHEVROLET, INC.,

      Appellee.

_____/

Decision filed January 17, 2023

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellants.

Jamie Billotte Moses, of Holland &
Knight LLP, Orlando, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and JAY, JJ., concur.